**Avory W. ROY, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7214.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2004.

ORDER

Pursuant to the Court's letter dated September 15, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Michael A. HAFFNER, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7215.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2004.

ORDER

Pursuant to the Court's letter dated September 15, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Charles H. BOONE, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7216.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2004.

ORDER

Pursuant to the Court's letter dated September 16, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.